UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

KATHY POOLE BROTHERS,        )

           )      Civil Action No. 2:26-cv-02012-BHH

           )

        Plaintiff,      )      **COMPLAINT**

           )      (Tort-Automobile Accident)

-vs-           )      (Jury Trial Requested)

           )

SCS LOGISTICS, LLC dba Avalanche  )

Express,           )

           )

        Defendant.    )

_____)

TO:    THE ABOVE-NAMED DEFENDANT AND DEFENDANT'S ATTORNEY(S):

The Plaintiff above named complaining of the Defendant herein says as follows:

1.    That Kathy Poole Brothers (hereinafter "Plaintiff") is a citizen and resident of North Carolina residing near Raleigh.

2.    That SCS Logistics, LLC dba Avalanche Express (hereinafter "Defendant"), upon information and belief, if is a limited liability corporation engaging in the business of logistics and trucking with its principal place of business in Medley, Florida.

3.    That substantial acts and omissions alleged herein occurred in Clarendon County, South Carolina, on I-95 Southbound near the town of Summerton.

4.    That Plaintiff alleges damages in this matter in excess of $75,000.00.

5.    That the parties appear to have complete diversity of citizenship in a civil dispute alleging damages arising out of a motor vehicle collision in Clarendon County, South Carolina, with the Plaintiff residing in and receiving medical care in North Carolina.

6. That on or about November 1, 2024, at approximately 9:57 p.m. Plaintiff was riding as a front seat passenger in a 2021 Lexus sedan being driven by Julius Evans White of Raleigh, North Carolina, traveling South on I-95 in the right-most lane, when the Lexus suffered a tire blowout to the front left tire causing the sedan to be dragged to the left and to a stop off of the left side of the roadway with the rear left corner of the sedan just a couple of inches over the white fog line of the left lane of southbound travel.

7. That the Plaintiff's driver had all exterior driving and headlights still on and put on hazard lights and stepped out of the car to determine which tire had damage and to assess the position of the car and had just sat back into the driver seat with the driver door still open when the Lexus was struck by a tractor trailer owned and operated by Defendant.

8. That Defendant owned and operated the above 18 wheeler which was traveling South on I-95 at approximately 70 miles per hour when it struck the rear right corner and right side of the Lexus where Plaintiff was seated inside the front passenger seat as the sedan was only on the white fog line a couple of inches with all of its lights on and hazards flashing in clear weather.

9. That Defendant was negligent, grossly negligent and negligent per se in failing to exercise due care in the maintenance of its tractor and trailer and in the hiring, training, supervision and retention of its driver.

10. That Defendant was negligent, grossly negligent, negligent per se and reckless in the acts and omissions of its driver for whom it is responsible under agency and respondeat superior, specifically: failing to exercise due care, improper lane change, failure to keep a proper lookout, driving while distracted, driving too fast for conditions, failure to change lanes

to avoid going too close to a disabled vehicle, and in striking the vehicle in which Plaintiff was a passenger.

11. That Defendant is the proximate cause of harms and losses to Plaintiff including physical injuries for which she had to receive medical care and incurred costs based upon the alleged acts and omissions of the Defendant and of its driver.

12. That Plaintiff seeks actual and compensatory damages, as well as punitive damages.

WHEREFORE, Plaintiff prays for judgment against Defendant on claims of negligence, gross negligence, carelessness, recklessness, negligence *per se,* and willfulness in such sum of actual and compensatory damages, as well as punitive damages, that a trier of fact may determine together with such other relief this Court may deem just and proper.

GEORGE SINK, P.A. INJURY LAWYERS

*s/Robert E. Treacy, Jr.*
Robert E. Treacy, Jr.
SC Bar#12102 and US District Court Bar #07458
Attorney for the Plaintiff
7011 Rivers Avenue, Suite 105
North Charleston, S.C. 29406
(843) 569-1700
rtreacy@sinklaw.com

North Charleston, SC
May 18, 2026

3